IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDE SLEDGE III, ) | |
| ) | |
| Plaintiff, ) | 4:06CV3011 |
| ) | |
| v. ) | |
| ) | |
| GARY LACY, SANFORD POLLACK, ) | REASSIGNMENT ORDER |
| DANA LONDON, and FORREST ) | |
| DALTON JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

It has come to this court's attention that this case was assigned in error to District Judge Laurie Smith Camp. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge