IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDE SLEDGE, III,       )<br>                             )<br>            Plaintiff,       )<br>                             )<br>    vs.                      )<br>                             )<br>GARY LACY, et al.,           )<br>                             )<br>            Defendants.      ) | 4:06cv3011<br><br>MEMORANDUM AND ORDER |

    The undersigned Magistrate Judge has received notice that an attorney, Adam Sipple, Esq., has agreed to a court-appointment to represent the plaintiff, Claude Sledge, III, a prisoner, in the above-entitled case. Therefore, with the concurrence of Judge Strom, I vacate my Order of July 13, 2006 (filing no. 39) denying counsel, and I grant filing no. 36, the plaintiff's Motion for Appointment of Counsel.

    THEREFORE, IT IS ORDERED:

    1.    That Adam Sipple, Esq. is appointed to represent the plaintiff as his attorney in the above-entitled litigation;

    2.    That within ten (10) days of the date of this Order, Mr. Sipple shall enter an appearance in this case and shall contact the plaintiff to make arrangements to confer in person or by telephone with the plaintiff;

    3.    That Mr. Sipple is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, amending the pleadings, filing motions, responding to pending motions, conducting such discovery as may be necessary, and retaining such witness(es) as may be needed;

    4.    That Mr. Sipple shall prepare such advance "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as may be appropriate to obtain reimbursement for litigation costs payable from the Federal Practice Fund in accordance with NEGenR 1.2(i), 1.7(g) and the Plan for Administration of the Federal Practice Fund (posted on the court's website at *http://www.ned.uscourts.gov/fpo/crtplans/crtplans.html*);

    5.    That, because three motions to dismiss are pending (filing nos. 25, 27 and 30), the plaintiff shall have an extension of thirty (30) days from the date of this Order by which his attorney may supplement the plaintiff's responses to those motions, if he so wishes; and

  6. That the Clerk of Court shall send a copy of this Memorandum and Order to the parties and to Adam Sipple.

  DATED this 17th day of July, 2006.

              BY THE COURT:


              s/ F. A. GOSSETT
              United States Magistrate Judge