IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDE SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3011 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY LACY, Lancaster County Attorney; SANFORD POLLACK, Attorney at Law; DANA LONDON, Attorney at Law; FORREST DALTON, JR., Lincoln Police Department, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for leave to file an amended complaint (Filing No. 43). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for leave to file an amended complaint is granted. Plaintiff shall have until August 28, 2006, to file his amended complaint.

2) The causes of action against defendants Lacy, Pollock, and London contained in plaintiff's original complaint are dismissed with prejudice.

3) The motion to dismiss (Filing No. 25) filed on behalf of defendant Forrest Dalton, Jr., is denied as moot.

DATED this 21st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court