IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CLAUDE SLEDGE,                  )
                                )
          Plaintiff,            )       4:06CV3011
                                )
     v.                         )
                                )
FORREST DALTON, JR., in his     )
individual and official         )
capacities,                     )
                                )
          Defendant.            )
_____)
```

       This matter is before the Court on defendant's motion for leave to take plaintiff's deposition (Filing No. 55). The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that defendant's motion for leave to take plaintiff's deposition is granted. Said deposition may be scheduled subject to the rules of the federal penitentiary at Leavenworth, Kansas.

       DATED this 8th day of January, 2007.

                               BY THE COURT:

                               /s/ Lyle E. Strom
                               _____
                                LYLE E. STROM, Senior Judge
                                United States District Court