IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAUDE SLEDGE,        )<br>                       )<br>       Plaintiff,    )<br>                       )<br>    v.                 )<br>                       )<br>FORREST DALTON, JR., in his   )<br>individual and official      )<br>capacities,                  )<br>                             )<br>       Defendant.           )<br>_____) | 4:06CV3011<br><br><br>ORDER |

      This matter is before the Court on defendant's motion for extension of time for the taking of plaintiff's deposition (Filing No. 62).  Inasmuch as the Court has granted plaintiff until February 15, 2006, to file his motion for summary judgment, the Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted; the parties shall have a period not to exceed ten days after the Court rules on the motions for summary judgment to take plaintiff's deposition.

      DATED this 26th day of January, 2007.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court