IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDE SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3011 |
| | ) | |
| v. | ) | |
| | ) | |
| FORREST DALTON, JR., in his individual and official capacities, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's application for writ of habeas corpus ad testificandum (Filing No. 70).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's application for writ of habeas corpus ad testificandum is granted; the clerk shall issue said writ forthwith.

DATED this 28th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court