IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDE SLEDGE, III, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3011 |
| | ) | |
| v. | ) | |
| | ) | |
| FORREST DALTON, JR., in his individual and official capacities, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on the stipulation and joint motion for dismissal with prejudice (Filing No. 73).  The Court finds said motion should be granted.  Accordingly,

   IT IS ORDERED that the joint motion for dismissal is granted; this action is dismissed with prejudice, each party to pay their own costs.

   DATED this 16th day of May, 2007.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court